# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**FARMERS DIRECT PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                                               **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO: 3:22cv188-KHJ-MTP**

**JONATHAN ELIJAH YATES**                                                                **DEFENDANT**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE
## SUMMARY JUDGMENT RESPONSES

COMES NOW, Plaintiff Farmers Direct Property and Casualty Insurance Company and Defendant Jonathan Eli Yates, by and through the undersigned counsel of record, and file this their Joint Motion for Extension of Time to file their respective Responses to the other party's Motion for Summary Judgment in the above referenced matter, and in support thereof would show unto the Court as follows:

**I.**

As the Court may recall, this is a Declaratory Judgment action in which Plaintiff Farmers Direct Property and Casualty Insurance Company has asked this Court to determine whether or not Defendant Jonathan Elijah Yates is entitled to stack the uninsured/underinsured motorist coverage limits provided under the subject automobile insurance policy issued by Farmers Direct Property and Casualty Insurance Company by the numbers of vehicles insured under that policy.

**II.**

Prior to the Court's initial Case Management Conference, the parties entered into an Agreed Stipulation of Facts in which the parties stipulated to all relevant and material facts necessary for the Court's decision on the above referenced coverage issue, which is a question of law for the Court to now decide. [ECF Doc. 5] Thereafter on June 1, 2022, the parties held their

initial Case Management Conference with the Court in which the parties and the Court agreed that, in the light of the above stipulated facts, the parties would submit their respective Motions for Summary Judgment to the Court no later than August 1, 2022. [ECF Doc. 9] Subsequently, the parties filed their respective, competing Motions for Summary Judgment on July 29, 2022.

**III.**

Pursuant to Local Uniform Civil Rule 7, the parties then have fourteen (14) days or until August 12, 2022 by which to file their respective Responses to the other's Motion for Summary Judgment. However, because of other pending and approaching deadlines of counsel for both parties, the parties are desirous of extending the deadline for their respective Responses until August 26, 2022. (Thereafter, counsel for both parties hope that no Replies will be needed but reserve the right to file Replies if later necessitated.)

**IV.**

The parties submit that this request for an extension of time to file their respective Responses is not made for the purposes of undue delay or harassment of the other party but rather out of necessity by counsel for the parties. And the parties would further note, in support of this motion, that the parties have cooperated extensively with one another to alleviate the need for any further or additional discovery in this matter and to expedite the resolution of this matter as quickly as possible, and the parties herein represent to the Court that they will continue to do so.

WHEREFORE, PREMISES CONSIDERED, both Plaintiff and Defendant respectfully requests that this Court will enter an Order granting them until August 26, 2022 by which to file any Response to the opposing party's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED AND REQUESTED, this the 3rd day of August, 2022.

**FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY**

/s/ W. Wright Hill, Jr.
W. WRIGHT HILL, JR.

**JONATHAN ELIJAH YATES**

/s/ Lance L. Stevens
LANCE L. STEVENS